IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS WHITLOW, Petitioner, vs. UNITED STATES OF AMERICA, The; Respondent. | 4:19CV3054 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On June 7, 2019, Petitioner filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255, which was docketed as a § 2254 habeas petition. Upon review, it is apparent that petitioner seeks to challenge his criminal conviction in this court in Case No. 4:14-cr-03015. Accordingly,

IT IS ORDERED that:

1. The clerk of the court is directed to file the petition (filing no. 1) in Case No. 4:14-cr-03015.

2. The clerk of the court is directed to close this case for statistical purposes.

Dated this 10th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge